UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>TONY FREDERICK WASHINGTON | CASE NO. 24-2797<br><br>BANKRUPTCY APPEAL<br><br>SECTION L (5) |

### ORDER & REASONS

Before the Court is a Motion for Reconsideration of its prior bankruptcy appeal order in this matter filed by Plaintiff Tony Frederick Washington. R. Doc. 25.

In his motion, Mr. Washington has simply re-raised the same arguments presented in his appeal that have already been considered for disposition by this Court. Furthermore, the Court observes that the new case law presented by Mr. Washington in this motion that he notably failed to cite in his initial appeal is inapposite because the cases largely deal with provisions of the Bankruptcy Code that do not apply here. In fact, the Court could not even find one of the cases—*In re Gaspard*, 281 B.R. 217 (Bankr. S.D. Tex. 2001)—that Mr. Washington is relying on in any available legal database. The case does not appear to exist. Moreover, Mr. Washington has included a quote supposedly from *In re Merlo*, 646 B.R. 389, 391 (Bankr. E.D.N.Y. 2022), but upon review, the Court could not locate the sentence anywhere in the opinion. The Court thus finds no basis for disturbing its prior order. Accordingly;

**IT IS HEREBY ORDERED** that Mr. Washington's Motion for Reconsideration, R. Doc. 25, is **DENIED**.

New Orleans, Louisiana, this 18th day of June, 2025.

_____
United States District Judge